IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALONZO McCULLOUGH,          )
                            )
        Plaintiff,          )
                            )
v.                          )        CIV. ACT. NO.  1:13cv208-TMH
                            )                 (WO)
GENEVA COUNTY JAIL,         )
                            )
        Defendant.          )

**OPINION and ORDER**

On April 17, 2013, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1.      The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2.      The plaintiff's claims against the Geneva County Jail be and are hereby

DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. §

1915(e)(2)(B)(i);

3.      This case be and is hereby DISMISSED.

Done this the 22nd day of May, 2013.

       /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE